IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    1:23-CV-02706-PAB-SBP

DUANE VIGIL

    Plaintiff,

v.

COLORADO FARM BUREAU INSURANCE COMPANY

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, by and through their attorneys, Ramos Law and Defendant, by and through their attorneys, Nathan Dumm & Mayer P.C., hereby stipulate and move this Honorable Court to enter their Order of Dismissal with Prejudice, and as grounds therefore, shows unto the Court as follows:

1. That all matters at issue in the above-captioned civil action have been resolved to the satisfaction of the parties to this stipulation and there remain no issues to be litigated.

2. That the above-captioned civil action may be dismissed as to the parties to this stipulation WITH PREJUDICE with each party to bear their own costs and attorneys' fees.

WHEREFORE, the parties hereby move this Honorable Court to enter their Order that this action be dismissed **WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.

**DATED** this 2nd day of October, 2025

| | |
|---|---|
| RAMOS LAW | NATHAN DUMM & MAYER P.C. |
| | |
| *s/ Matthew S. Shows* | *s/ Timothy R. Fiene* |
| Matthew S. Shows, Reg. No. 39863 | Timothy R. Fiene, Reg. No. 41508 |
| 999 Jasmine Street | 7900 E. Union Ave. Ste. 600 |
| Denver, Colorado 80220 | Denver, CO 80237 |
| mshows@ramoslaw.com | tfiene@ndm-law.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of October, 2025 a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system upon each of the following:

Matthew S. Shows, Esq.
RAMOS LAW
999 Jasmine Street
Denver, Colorado 80220
Telephone: (303) 333-7285
Fax: (303) 756-1878
mshows@ramoslaw.com
*Attorney for Plaintiff*


*Via Email*
Steve England, Esq.
RAMOS LAW
999 Jasmine Street
Denver, Colorado 80220
sengland@ramoslaw.com


      /s/ *Timothy R. Fiene*
      Timothy R. Fiene